UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Joni McNutt, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14-CV-00318-DBH |
| | ) | |
| Bottomline Technologies (de), Inc., | ) | |
| | ) | |
| Defendant | ) | |

### STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate through their counsel that all claims are dismissed with prejudice and without costs.

Date:  April 27, 2015            /s/ Howard T. Reben
                                 Howard T. Reben
                                 Attorney for Plaintiff Joni McNutt

                                 REBEN, BENJAMIN & MARCH
                                 P. O. Box 7060
                                 Portland, Maine 04112-7060
                                 (207) 874-4771
                                 hreben@rbmlawoffice.com


Date:  April 27, 2015            /s/ Debra Weiss Ford
                                 Debra Weiss Ford
                                 Attorney for Bottomline Technologies, Inc.

                                 JACKSON LEWIS P.C.
                                 100 International Drive, Suite 363
                                 Portsmouth, NH 03801
                                 Tel:  603.559.2727
                                 debra.ford@jacksonlewis.com

<u>Certificate of Service</u>

      I hereby certify that the original and one copy of the foregoing were sent via ECF filing system to Debra Weiss Ford, Attorney for Bottomline Technologies, Inc.


Date:   April 27, 2015                                          <u>/s/ Howard T. Reben            </u>
                                                                           Howard T. Reben, Esq.

Case 2:14-cv-00318-DBH   Document 13   Filed 04/27/15   Page 2 of 2   PageID #: 51